**Order issued May 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-00666-CR

---

### JAMES MATTHEW SIMMONS, Appellant

## V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices O'Neill, Francis, and Fillmore

Based on the Court's opinion of this date, we **GRANT** the February 13, 2013 motion of Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to James Matthew Simmons, Bookin No. 12002201, Dallas County Jail, P.O. Box 660334, Dallas, Texas, 75266-0334.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE